

# IN THE
# TENTH COURT OF APPEALS

─────────────

### No. 10-12-00465-CV

**RANDY G. GOOCH AND IRENE G. GOOCH,**

                                                    **Appellants**

 **v.**

**MARGARET DEITERMAN,**

                                                    **Appellee**


─────────────


**From the 170th District Court**
**McLennan County, Texas**
**Trial Court No. 2011-4880-4**


## MEMORANDUM  OPINION


On December 12, 2012, appellants, Randy G. Gooch and Irene G. Gooch, filed a pro se notice of restricted appeal in this Court seeking to challenge a trial-court judgment allegedly signed on April 2, 2012. In their notice of restricted appeal and accompanying affidavit of indigency, appellants informed this Court that they "are currently Debtors in a Chapter 13 Bankruptcy proceeding currently pending in the Western District of Texas, Waco Division. Case #12-60911." *See* TEX. R. APP. P. 8.1. Further action in this appeal has been automatically stayed. *See* 11 U.S.C. § 362.

For administrative purposes, this appeal is suspended and will be treated as closed unless reinstated on a proper motion. TEX. R. APP. P. 8.2. It may be reinstated on motion of any party showing that the stay has been lifted or modified and specifying what action, if any, is required from this Court upon reinstatement of the appeal. TEX. R. APP. P. 8.3.

The reporting requirement of Local Rule 17 is suspended. 10TH TEX. APP. (WACO) LOC. R. 17.

The Clerk of this Court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
Justice Scoggins
Appeal Suspended
Opinion delivered and filed January 17, 2013
[CV06]